**Appeal dismissed and Memorandum Opinion filed August 8, 2024.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-24-00407-CR

_____

### DASHUN DEVON RHODES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1763773**

---

### MEMORANDUM OPINION

Appellant entered a plea of guilty to a charge of aggravated robbery with a deadly weapon. The record reflects that in exchange for appellant's guilty plea, the State agreed to dismiss two other criminal charges against appellant. The trial court assessed punishment and sentenced appellant to imprisonment for 15 years. We dismiss the appeal.

Consistent with the agreement between the parties, the trial court certified

that this was a plea-bargain case and that appellant had no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). An agreement under which the State dismisses a criminal proceeding in exchange for a guilty plea is a plea bargain for purposes of Texas Rule of Appellate Procedure 25.2(a)(2). *Kennedy v. State*, 297 S.W.3d 338, 342 (Tex. Crim. App. 2009); *Shankle v. State*, 119 S.W.3d 808, 813–14 (Tex. Crim. App. 2003).

Because appellant's plea was made pursuant to a plea bargain, he may appeal only matters raised by a written pretrial motion or with the trial court's permission. *See* Tex. R. App. P. 25.2(a)(2). Appellant is not appealing any pretrial rulings. The record does not contain any adverse pre-trial rulings.

We dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).